**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Lang Exterior, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 CV 2301 |
| | ) | |
| v. | ) | Judge John Z. Lee |
| | ) | Magistrate Judge Sidney L. Schenkier |
| Lange Windows & Siding, Inc., Lange | ) | |
| Roofing, Inc. and Lange Roofing, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>AMENDED CONSENT JUDGMENT ORDER</u>**

WHEREAS, Plaintiff, Lang Exterior Inc. ("Plaintiff"), and Defendants, Lange Windows & Siding, Inc., Lange Roofing, Inc., and Lange Roofing LLC ("Defendants"), previously agreed to settle the above-captioned litigation (the "Litigation") pursuant to a Settlement Agreement ("Agreement") and Consent Judgment Order entered on March 18, 2019;

WHEREAS, on July 19, 2019, Plaintiff filed a Petition for Rule to Show Cause for Failure to Comply with Consent Judgment Order alleging that Defendants failed to comply with the March 18, 2019 Consent Judgment Order in various respects;

WHEREAS, Plaintiff and Defendants have agreed to entry of this Amended Consent Judgment Order on the following terms, and Defendants have agreed not to appeal, or otherwise attack the validity or enforceability of, any part of this stipulated Amended Consent Judgment Order;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Defendants and their shareholders, affiliates, subsidiaries, parents, predecessors, successors, assigns, owners, officers, directors, representatives, employees, and managing agents

(collectively, "Defendants' Entities"), along with all persons, firms, or corporations in active concert or participation with Defendants' Entities that receive actual notice of this Order, agree to permanently cease and refrain from using the terms "Lang," "windows," "doors," and/or "siding" in connection with their sale, offer for sale, distribution, marketing, promotion, advertising, and all other aspects of their business, including but not limited to Defendants' Entities' use of the terms "Lange Windows" and "LangeZeller Windows & Siding," as well as any terms that are confusingly similar thereto.

2. Plaintiff has obtained the right, title and interest in and to the tollfree telephone number 866-By-Lange (866-295-2643). Defendants' Entities relinquish all right, title and interest in and to the tollfree telephone number above, and shall not take any action whatsoever to transfer, or attempt to take back, the tollfree telephone number obtained pursuant hereto.

3. Upon entry hereof, Defendants' Entities shall transfer to Plaintiff all right, title and interest in and to the url, [www.bylange.com](www.bylange.com). In connection herewith, Defendants' Entities shall execute any and all documents required by the domain registrar to effectuate said transfer, including but not limited to unlocking the domain for transfer, obtaining a domain transfer code, or EPP Code, and providing the EPP Code to Plaintiff.

4. Within seven days of entry of this Order, Defendants shall terminate the Facebook page previously utilized by Defendants' Entities. In addition, Defendants' Entities shall not use, copy or transfer the history from the Facebook page to any other Facebook or other social media service.

5. Within seven days of entry of this Order, Defendants shall contact YellowPages.com and request that it remove the listing for "Lange Windows and Siding" and otherwise take any and all steps required by YellowPages.com to remove said listing from its website.

6. Within seven days of entry of this Order, Defendants shall contact DexKnows.com and request that it remove the listing for "Lange Zeller Windows and Siding," including all references to it in the business description, as well as the reference to "bylange.com" as the business website. Defendants shall otherwise take any and all steps required by DexKnows.com to remove said listing and references from its website.

7. Within seven days of entry of this Order, Defendants shall contact SuperPages.com and request that it remove the listing for "Lange Zeller Windows and Siding," including all references to it in the business description, the reference to "Buy Local, By Lange" in the business description and the reference to "bylange.com" as the business website. Defendants shall otherwise take any and all steps required by SuperPages.com to remove said listing and references from its website.

8. Within seven days of entry of this Order, Defendants shall contact Google.com and request that it remove the any and all pictures showing the name "LangeZeller" in connection with any of the words "windows," "siding" and "roofing". Defendants shall otherwise take any and all steps required by Google.com to remove said pictures.

9. Within seven days of entry of this Order, Defendants shall contact www.indiana-register.com and request that it remove the listing for "Lange Windows and Siding" and otherwise take any and all steps required by Indiana-register.com to remove said listing from its website.

10. Within seven days of entry of this Order, Defendants shall contact the New Lenox Chamber of Commerce and request that it remove the listing for "LangeZeller Windows and Siding" and remove the references to the website www.bylange.com, and otherwise take any and all steps required by New Lenox Chamber of Commerce to remove said listing from its website.

11. Time is of the essence with respect to all obligations herein set forth.

12. Within fourteen days of entry of this Order, Defendants shall pay Plaintiff's costs and expenses, including attorney's fees, incurred by Plaintiffs in seeking to enforce the terms of the March 18, 2019 Consent Judgment Order.

13. In the event of a party's failure to perform its obligations as set forth in this Order, the parties may pursue any and all applicable remedies pursuant to Local Rule 37.1.

14. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment.

15. Plaintiff's Petition for Rule to Show Cause is withdrawn.

16. This Litigation, including all claims, defenses and counterclaims that were or could have been brought, remains dismissed with prejudice and terminated.

IT IS SO ORDERED.

Date: October 23, 2019

_____
Honorable John Z. Lee
United States District Court Judge

The foregoing Amended Consent Judgment Order has been agreed and consented to by the parties.

| LANG EXTERIOR, INC. | LANGE WINDOWS & SIDING, INC. LANGE ROOFING, INC. and LANGE ROOFING, LLC |
|---|---|
| s/ Joseph R. Ziccardi | s/ Daniel Zamudio |
| Joseph R. Ziccardi | Daniel Zamudio |
| Ziccardi Law Offices | Zamudio Law Professionals, PC |
| 77 W. Washington Street, Suite 705 | 233 S. Colfax Street |
| Chicago, Illinois 60602 | Griffith, Indiana 46319 |
| (312) 372-3477 | (219) 924-2300 |
| jziccardi@ziccardilaw.com | dan@zlawpro.com |