## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Lang Exterior Inc.

                              Plaintiff,

v.                                                                    Case No.: 1:18–cv–02301
                                                                   Honorable John Z. Lee

Lange Windows & Siding, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2019:

      MINUTE entry before the Honorable John Z. Lee:In light of the amended consent judgment order [65], the Plaintiff's motion for rule to show cause [48] is terminated as moot. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.